PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name: **Schuette**          **Christopher**
　　　　LAST　　　　　　　　　　FIRST　　　　　　　　　　MIDDLE INITIAL

Prisoner Number: **UL2367**

Institutional Address: **Santa Rita Jail 5325 Broder Blvd.**
**Dublin, CA 94568**

RECEIVED-nml

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SEP 04 2024

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

|  |  |
|---|---|
| Christopher Schuette | Case Number: _____<br>(Provided by the clerk upon filing) |
| Petitioner, |  |
| vs. | PETITION FOR A WRIT<br>OF HABEAS CORPUS |
| United States |  |
| Respondent(s). |  |

I. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

　　A. What sentence are you challenging in this petition?

　　　　1. Name and location of court that imposed sentence (for example: Alameda County Superior Court, Oakland):

　　　　2. Court **U.S. Dist. Court (Northern California)**

　　　　3. Location **280 1st St. San Jose, CA 95113**

　　　　4. Case number, if known **5:15-cr00316/5:22-cr-00223-BLF**

　　　　5. Date and terms of sentence **N/A (civil commitment)**

　　　　6. Are you now in custody serving this term? ("In custody" means in jail, on parole or probation, etc.) .................................................................. YES (NO)

1

   If yes, provide name and address of institution:

2

3

4  B.  <u>For what crime were you given this sentence?</u>

5  *Note:* If your petition challenges a sentence for more than one crime, list each crime separately
   using California Penal Code numbers, if known. If you are challenging more than one sentence,
   you should file a different petition for each sentence.

7  N/A (Civil Commitment)

8

9

10  C.  <u>Did you have any of the following proceedings?</u>

11     Arraignment:............................................................(YES)  NO

12     Preliminary Hearing:..............................................YES  (NO)

13     Motion to Suppress:...............................................(YES)  NO

14  D.  <u>How did you plead?</u> ..................................Guilty  (Not Guilty)  Nolo Contendere

15     Any other plea (specify) _____

16  E.  If you went to trial, what kind of trial did you have?

17     (Jury)   Judge alone   Judge alone on a transcript

18  F.  <u>Did you testify at your trial?</u> .........................................YES  (NO)

19  G.  <u>Did you have an attorney at the following proceedings:</u>

20     1.  Arraignment................................................(YES)  NO

21     2.  Preliminary hearing......................................YES  (NO)

22     3.  Time of plea...............................................(YES)  NO

23     4.  Trial..........................................................(YES)  NO

24     5.  Sentencing.................................................YES  (NO)

25     6.  Appeal......................................................YES  (NO)

26     7.  Other post-conviction proceeding...............YES  (NO)

27  H.  <u>Did you appeal your conviction?</u> .....................................(YES)  NO

28     1.  If you appealed, to what court(s) did you appeal?

Court of Appeal............................................................ YES   Year:_____  (NO)

Result: _____

Supreme Court of California.......................................... YES   Year:_____  (NO)

Result: _____

Any other court ............................................................ (YES)  Year:2025  NO

Result: "Denied" via Claim that all Laws are "Frivilous/No Merit"

   2.  If you appealed, were the grounds the same as those that you are raising in this
       petition?......................................................................................... YES  (NO)

   3.  Did the court issue an opinion?......................................................... (YES)  NO

   4.  Did you seek permission to file a late appeal under Rule 31(a)?........ YES  (NO)

       If you did, give the name of the court and the result: _____

       _____

I.  Other than appeals, have you previously filed any petitions, applications or motions with
    respect to this conviction in any court, state or federal?......................... (YES)  NO

*Note:* If you previously filed a petition for a writ of habeas corpus in federal court challenging the
same conviction you are challenging now and if that petition was denied or dismissed with
prejudice, you must first file a motion in the U. S. Court of Appeals for the Ninth Circuit
for an order authorizing this court to consider this petition. You may not file a second or
successive federal habeas petition without first obtaining such an order from the Ninth Circuit.
28 U.S.C. § 2244(b).

   If you sought relief in any proceeding other than an appeal, answer the following
   questions for each proceeding.  Attach extra paper if you need more space.

   1.  Name of court: U.S. Dist. Court (SanJose, CA)

       Type of proceeding: Ineffective Council/Fair trial Violation

       Grounds raised (be brief but specific):

       a. Attourney (Jay Rorty) reFused to call Prosecution on "Perjury"
       b. Attourney (Jay Rorty) lied about "Trial Transcripts" (Never Received)
       c. Prosecutor (Nick Parker) lied to jury/Presented false evidence
       d. Judge (Beth Freeman) disregarded Constitution

       Result: N/A (ignored)          Date of result:_____

2.  Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____Date of result:_____

3.  Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____Date of result:_____

4.  Name of court: _____

Type of proceeding: _____

Grounds raised (be brief but specific):

a. _____

b. _____

c. _____

d. _____

Result: _____Date of result:_____

J.  Is any petition, appeal or other post-conviction proceeding now pending in any court?
...................................................................................... YES   (NO)

Name and location of court: _____

_____

II.   <u>GROUNDS FOR RELIEF</u>

State briefly every reason why you believe you are being confined unlawfully.  Give facts to support each claim.  For example, what right or privilege were you denied?  What happened? Who made the error?  Avoid legal arguments with numerous case citations.  Attach extra paper if you need more space.  Answer the same questions for each claim.

> *Note:* You must present ALL your claims in your first federal habeas petition.  Subsequent petitions may be dismissed without review on the merits.  28 USC § 2244(b); *McCleskey v. Zant*, 499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).

Claim One: Violation of Right to "Due Process"

_____

Supporting facts: Title 18 U.S.C. Section 4241 requires any "Psyche Evaluation" happening after trial to be done within 30 days (Both took over 90 days), Judge Freeman and Attourneys Parker and Rorty were fully aware, but ignored this

Claim Two: _____

_____

Supporting facts: _____

_____

_____

_____

Claim Three: _____

_____

Supporting facts: _____

_____

_____

_____

If any of these grounds was not previously presented to any other court, state briefly which grounds were not presented and why:_____

_____

PETITION FOR A WRIT OF HABEAS CORPUS (rev. 8/2015)
*page 5 of 6*

1

2

3  List, by name and citation only, any cases that you think are close factually to yours so that they

4  are an example of the error you believe occurred in your case.  Do not discuss the holding or

5  reasoning of these cases: _United States Constitution (Bill of_

6  _Rights — 5th Ammendment)_____

7

8

9  Do you have an attorney for this petition?........................................................ YES  (NO)

10 If you do, give the name and address of your attorney: _____

11 _____

12

13 WHEREFORE, petitioner prays that the court grant him/her the relief to which he/she may be

14 entitled in this action.  I verify under penalty of perjury that the foregoing is true and correct.

15 Executed on:

16    _8-21-24_                          _____

17       *Date*                          *Signature of Petitioner*

18

19

20

21

22

23

24

25

26

27

28