UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SCHUETTE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES,<br><br>Respondent. | Case No. 24-cv-06288-JD<br><br>**ORDER RE DISMISSAL**<br><br>Re: Dkt. Nos. 2, 4 |

Petitioner, a federal prisoner, filed a pro se habeas petition. Court records indicate that petitioner filed a petition raising similar claims challenging his federal conviction before a different judge in this District. *See Schuette v United States Court*, Case No. 23-cv-1835 JD. That case was dismissed because the Court cannot inject itself into proceedings before another judge in this District. *See Allied Chem. Corp. v. Daiflon, Inc.*, 449 U.S. 33, 35 (1980).

This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). The pending motions (Dkt. Nos. 2, 4) are vacated and no fee is due. A certificate of appealability is denied and the Clerk is requested to close this case.

**IT IS SO ORDERED.**

Dated: October 15, 2024

JAMES DONATO
United States District Judge